# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD W. PETERS, | Case No.: 2:18-cv-00893-APG-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| ISIDRO BACA, et al., | |
| Defendant(s). | |

Due to a rescheduling of the inmate early mediation conference, Docket No. 11, the Court also **EXTENDS** the stay to October 2, 2019. The status report is also due on that date. During this stay period and until the Court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so.

IT IS SO ORDERED.

Dated: September 11, 2019

_____
Nancy J. Koppe
United States Magistrate Judge