# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Richard W. Peters,<br><br>                    Plaintiff,<br><br>v.<br><br>Isidro Baca, et al.,<br><br>                    Defendants. | Case No.: 2:18-cv-893-APG-NJK<br><br>**Order Dismissing Defendant Brian Ward from the Case** |

On September 22, 2020, plaintiff Richard Peters was warned by the court that this action would be dismissed as to defendant Brian Ward unless by October 22, 2020, Peters filed proper proof of service upon Ward or showed good cause why such service was not timely made. ECF No. 26. Peters has failed to file proof of service nor shown good cause why service was not made. Nor has Peters shown cause why this action should not be dismissed without prejudice as to Ward under Federal Rule of Civil Procedure 4(m).

I THEREFORE ORDER that this case is DISMISSED without prejudice only as to defendant Brian Ward.

DATED this 26th day of October, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE